UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-4527-GW-RAOx | Date | September 20, 2021 |
|---|---|---|---|
| Title | *Gabriela Cabrera v. Carnation19, LP, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 17, 2021, Plaintiff Gabriela Cabrera filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court now sets an order to show re: settlement hearing for November 4, 2021 at 8:30 a.m. The hearing will be vacated and an appearance will not be required provided a dismissal is filed by noon on November 3, 2021.

                                                                                                                    :
                                                        Initials of Preparer    JG